PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Albert Damore　　　　　　　　　　**Docket Number:** 05-00802-001
　　　　　　　　　　　　　　　　　　　　　　　　　　**PACTS Number:** 42415

**Name of Sentencing Judicial Officer:** HONORABLE Joseph A. Greenaway, Jr.

**Date of Original Sentence:** 09/07/2006

**Original Offense:** UTTERS COUNTERFEIT OBLIGATIONS

**Original Sentence:** 30 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release　　　　**Date Supervision Commenced:** 06/08/2007

**Assistant U.S. Attorney:** R. Joseph Gribko, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** John J. Bruno, 261 Park Avenue, Rutherford, New Jersey 07070, (201) 460-9494

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.' |
| | The offender entered Integrity House, a residential substance abuse program, on 05/22/08. On 06/03/08, the offender left the program without staff authorization. |

PROB 12C - Page 2
Albert Damore

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan Karlak
U.S. Probation Officer
Date: 7/9/08

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: July 31, 2008 at 10:00 am
[ ] No Action
[ ] Other

Signature of Judicial Officer

7/16/08
Date